**Order filed, April 23, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00123-CV
_____

**ALAN PETRIE, Appellant**

**V.**

**UDR TEXAS PROPERTIES, L.P. D/B/A THE GALLERY APARTMENTS, UNITED DOMINION REALTY TRUST, INC. AND ASR OF DELAWARE, L.L.C., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-74656**

### ORDER

The reporter's record in this case was due **March 18, 2013**. *See* Tex. R. App. P. 35.1. On **March 19, 2013**, this court granted the court reporters request for extension of time to file the record until **April 17, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed

within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Kimberly Kidd**, the official court reporter, to file the record in this appeal **on or before May 17, 2013.** **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kimberly Kidd** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM